**To:** All Judges, Clerks of Court, Counsel of Record, Opposing Parties and Clients

**From:** ZENOBIA WATERS, Esquire

**RE:** AMENDED NOTICE OF LEAVE OF ABSENCE

**Date:** September 3, 2024

COMES NOW, ZENOBIA WATERS, ESQUIRE, and respectfully notifies all Judges before whom they have cases pending, all affected Clerks of Court, all opposing counsel or pro se parties, and Clients that will be on Leave of Absence pursuant to Uniform Superior Court Rule 16.1. Information regarding each respective matter is contained on Exhibit "A" attached hereto.

1. The periods of leave during which time Attorney Waters will be away from the practice of law are as follows:

| Zenobia Waters, Esquire<br>*Period of Leave Through and Including* | Purpose of Leave |
|---|---|
| September 5th | Personal Leave |
| September 16th – 18th | Personal Leave |
| October 11th | GAP Annual Statewide Leadership Conf. |
| October 17th – 20th | NBA Wiley Branton Symposium - DC |
| November 12th – 19th | North American Law Summit 2024 - Panama |
| November 26th – 29th | Thanksgiving Personal Leave |
| December 3rd – 9th | Personal Leave |
| December 23rd – January 7th, 2025 | Holiday Vacation |
| March 10th – 14th, 2025 | Personal Time |
| March 19th – 24th, 2025 | NBA Mid-Year Meeting, Des Moines, IA |

2. All affected judges and opposing counsel shall have ten (10) days from the date of the Notice to object to it. If no objections are filed, the leave shall be granted to relieve Zenobia Waters, Esq. from all trials, hearings, depositions, and other legal appearances in such matter as pursuant to Georgia Uniform Court Rules 16.3.

          **THE WATERS FIRM, PC.**

      By:    */s/ Zenobia Waters*
               Zenobia Waters, Esq.
               Georgia Bar No. 023178

The Waters Firm, PC
3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 365-5040
(404) 393-3423 [facsimile]
zenobia@thewatersfirmpc.com

# CERTIFICATE OF SERVICE

  I hereby certify that I have this day filed and served a copy of the within and foregoing pleading via the Court's electronic filing system which automatically sends a service copy via email notification to all counsel of record.

  This <u>3rd</u> day of <u>September</u> 2024.

                **THE WATERS FIRM, PC.**

           By:  <u>*/s/ Zenobia Waters*</u>
               Zenobia Waters, Esq.
               Georgia Bar No. 023178

The Waters Firm PC
3151 Maple Drive, N.E.
Atlanta, GA 30305
(404) 365-5040
(404) 393-3423 [facsimile]
zenobia@thewatersfirmpc.com

# Exhibit "A"

| Name of Case<br>Civil Action File No. | Name of Judge<br>Court/County | Opposing Counsel/Party |
|---|---|---|
| *Anthony Davis*<br>v.<br>*Sherry Davis*<br>Case No.: SUCV2021000782 | Judge Brian J. Amero/ Henry County Superior Court | Karen Brown Williams, Esq<br>1820 The Exchange,<br>Suite 150<br>Atlanta, Georgia 30339 |
| *Estate of John Ellison*<br>Estate No. 2023ES-028 | Judge Leisa G. Blount /<br>Dougherty County Probate Court | Isheka Ellison<br>3503 Wexford Drive,<br>Albany, GA 31721 |
| *Sarah Johnson – Personal Representative of the Estate of Joe Louis Johnson, Sr.*<br>v.<br>*George A. Johnson*<br>Case No. 2022CV01453-12 | Judge Aaron B. Mason /<br>Clayton County Superior Court | Charles M. Hall, Esq<br>Charles M. Hall, PC<br>133 Peachtree Street, NE<br>Suite – 4925<br>Atlanta, GA 30303-1806 |
| *Clinton Keaton*<br>v.<br>*City of S. Fulton*<br>Case No. 23EV006088 | Judge Diane E. Bessen /<br>Fulton County State Court | Vincent D. Hyman, Esq<br>Office of the City Attorney<br>5440 Fulton Ind. Blvd, S.W.,<br>South Fulton, GA 30336 |
| *John Taylor*<br>v.<br>*H & R Lawrence Marketing, LLC*<br>Case No. 23CV2397 | Judge Nora Polk / DeKalb County Superior Court | Michael Peterson, Esq<br>2200 Century Parkway,<br>Suite – 800<br>Atlanta, GA 30345 |
| *Edgerton Hartwell, II*<br>v.<br>*Keshia K. Pulliam*<br>Case No.: 2020V-0269-M1 | Judge Ben J. Miller, Jr. /<br>Fayette County Superior Court | Tanya Mitchell Graham, Esq.<br>3212 Northlake Parkway, NE<br>P.O. Box 450929<br>Atlanta, Georgia 31145 |
| *Keisha Knight Pulliam*<br>v.<br>*Edgerton Hartwell*<br>Case No.: 2023CV382185 | Honorable Judge / Fulton County Superior Court | Tanya Mitchell Graham, Esq.<br>3212 Northlake Parkway, NE<br>P.O. Box 450929<br>Atlanta, Georgia 31145 |
| *State of Georgia*<br>v.<br>*D'Vonte Hyde*<br>Case No.: 2022CR00283-10 | Judge Shana R Malone /<br>Clayton County Superior Court | Atty. Brianna Woods<br>Clayton County District Attorney's Office<br>9151 Tara Blvd<br>Jonesboro, GA 30236 |
| *Andre Gibson v. Vayens et. al* | Judge Victoria Calvert / US District Court | Joel A.J. Callins, Esq<br>City of Atlanta Dept of Law |

| Case | Judge / Court | Contact |
|---|---|---|
| Case No: 1:22-CV-02694 | | 55 Trinity Ave., SW Suite – 5000 Atlanta, GA 30303-3520<br><br>Phillip Friduss, Esq Hall Booth Smith, 191 Peachtree St., N.E., Suite – 2900, Atlanta, GA 30303 |
| *Christopher Murray v Felicia Murray* Case No: 22FM10180 | Judge Tangela Barrie / DeKalb County Superior Court | Felica Murray, Pro Se 1556 Links View Close Stone Mountain, GA 30088 |
| *Estate of Kim Campbell-Barnes* Estate No: 2022-0969 | Judge Bedelia C. Hargrove / DeKalb County Probate Court | Calvin Edwards, Jr., Esq 3330 Cumberland Blvd. Suite – 500 Atlanta, GA 30339 |
| *Ladarrius Robinson v Kierra Lewis* Case No. 2022DR02788-10 | Judge Shanna Rooks Malone / Clayton County Superior Court | Kierra Lewis, Pro Se 680 Willow Bend Drive, Jonesboro, GA 30238 |
| *RCM Restoration v. Steven & Michelle Sawyer* Case No. SUCV2020001141 | Judge Brian J. Amero / Henry County Superior Court | Cary S. King, Esq. 5887 Glenridge Drive, N.E., Suite – 250 Atlanta, GA 30328 |
| *Dienesia Payne v. Legacy Housing Corporation, et al* Case No. 22-CV-01841 | Judge Deah B. Warren / Douglas County Superior Court | Jason B. Godwin, Esq. 3985 Steve Reynolds Blvd Building -D Norcross, GA 30093 |
| *State of Georgia v. Jamari Smith* Case No. 24-00073 | Judge Maureen E. Wood / Rockdale County Juvenile Court | J. Timothy McGuire District Attorney's Office 922 Court Street, Ste – 201 Conyers, GA 30012 |
| *DaShauna McDowell v. Youngsuk Ko* Case No. 24EV002643 | Presiding Judge / Fulton County State Court | Atty. Noel Hurley The Hurley Law Firm 2180 Dorsey Avenue East Point, GA 30344<br><br>Youngsuk Ko 821 Lake Placid Loop Valley, AL 36854 |
| *Michael Bend obo minors AB UB vs Shenne Johnson* Case No. 24CV004884 | Judge Alex Manning / Fulton County Superior Court | Shenne Bend 7062 Skipping Stone Douglasville, GA 30134 |
| *Derrick Glass v. Studios of Atlanta* Case No. 24-A-02500-1 | Presiding Judge / Gwinnett County Superior Court | Jeffrey F. Peil, Esq. Huggins Peil Attorneys at Law 7013 Evans Town Center Blvd. Suite – 502 Evans, GA 30809 |

| Case | Judge / Court | Attorney / Address |
|---|---|---|
| ***T'Keyiah Davis vs Darrall Bell (Horizon Freight System, Inc.)*** <br> Case No. 24A04675 | Judge Kimberly Anderson / DeKalb County State Court | Thompson, Obrien & Nasuti <br> 2 Sun Court – Suite 400 <br> Peachtree Corners, GA 30092 |
| ***Vincent Pearson vs 490 Investment, Inc. DBA The Monticello, Thomas Dixon, RAA Restaurant GRP, Inc.*** <br> Case No. 24-A-3991 | Judge John S. Morgan / DeKalb County Superior Court | Thomas Dixion <br> 490 Creekview Blvd. <br> Covington, GA 30016 <br><br> Robert Adams <br> 2233 Peachtree Road, NE <br> Unit – 805 <br> Atlanta, GA 30309 |
| ***State of Georgia vs Candace Cobb*** <br> Case No. 24CR2270 | Judge Asha Jackson / DeKalb County Superior Court | Reid B. White <br> DeKalb County District Attorney's Office <br> Administration Bldg, <br> 556 N McDonough - St #700, <br> Decatur, GA 30030 |